IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IPofA Columbus Works 1, LLC, | : | |
| John Doherty, Manager,) | | |
| John Doherty individually, *et al.*, | : | Civil Action 2:10-cv-00764 |
| Plaintiffs | : | Judge Frost |
| v. | : | Magistrate Judge Abel |
| Crown Appraisal Group, Inc., | : | |
| Andrew J. Moye , | | |
| Steve Bolton, | : | |
| Defendants | : | |

## Discovery Conference Order

On January 5, 2012, counsel for the parties participated in a telephone discovery conference with the Magistrate Judge.

On or before January 13, 2012, counsel will submit a stipulation to the Court regarding "generic documents" received by the individual plaintiffs. Plaintiffs will produce the "individualized documents" in their possession.

Some plaintiffs entered settlements with their 1031 advisors regarding their ownership interest in the Columbus Works property. To the extent that counsel for the 1031 advisors assert confidentiality, the parties will submit a proposed order to the Court on or before January 12, 2012.

s/Mark R. Abel
United States Magistrate