IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| John Doherty, *et al.*, | : | |
| Plaintiffs, | : | Civil Action 2:10-cv-764 |
| v. | : | Judge Frost |
| Crown Appraisal Group, Inc., *et al.*, | : | Magistrate Judge Abel |
| Defendants. | : | |

# ORDER

On January 5, 2012, counsel for the parties participated in a telephone discovery conference with the Magistrate Judge. In a subsequent January 10, 2012 order, the Magistrate Judge stated:

> On or before January 13, 2012, counsel will submit a stipulation to the Court regarding "generic documents" received by the individual plaintiffs. Plaintiffs will produce the "individualized documents" in their possession.

(Doc. 147 at 1.)

The parties subsequently entered into, and filed upon the docket, their joint stipulation as to the receipt and authenticity of the "generic documents". (Doc. 163 at 1-3.)

              s/Mark R. Abel
              United States Magistrate Judge